OPINION — AG — ** SCHOOLS — DAYS REQUIRED TO BE IN SESSION — DAYS FOR PROFESSIONAL MEETINGS ** PURSUANT TO 70 O.S. 1971, 1-109 [70-1-109], IT IS MANDATORY THAT SCHOOL BE IN SESSION AND INSTRUCTION OFFERED FOR NOT LESS THAN ONE HUNDRED EIGHTY (180) DAYS, PROVIDED THAT SAID ONE HUNDRED EIGHTY (180) DAYS MAY BE REDUCED BY UP TO, BUT NOT TO EXCEED, FIVE (5) DAYS USED FOR ATTENDANCE OF PROFESSIONAL MEETINGS. CITE: 70 O.S. 1971, 1-110 [70-1-110] (HAROLD B. MCMILLAN JR)